**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

_____

No. 98-20503
Summary Calendar

_____


SONYA HUNTER REED,

                                        Plaintiff-Appellant,

                VERSUS

                CITY OF HOUSTON,

                                        Defendant-Appellee.


_____

Appeal from the United States District Court
for the Southern District of Texas
(H-97-CV-693)
_____

January 19, 1999

Before JOLLY, SMITH, and WIENER, Circuit Judges.

PER CURIAM:[*]


        In this employment discrimination case, the district court granted summary judgment in favor of the defendant employer because the plaintiff did not sue within ninety days of receiving her right-to-sue letter from the Equal Employment Opportunity Commission.  In a careful and detailed nine-page opinion entered on May 12, 1998, the court explained that there were no disputed issues of material fact and that the city was entitled to judgment

_____

        [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

as a matter of law.

We affirm, essentially for the reasons stated by the district court.  The notice was sent by certified mail to the address plaintiff had furnished to the EEOC.  Postal records indicate it was delivered to the plaintiff, who did not sue for more than six months.

AFFIRMED.